**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-CR-312**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **ORDER AS TO VICTIM NOTICE PROCEDURES** |
| **RICHARD WYATT DAVIS, JR.** | |

**THIS MATTER** comes before the Court on the Recommendation as to Victim Notice Procedures (the "Recommendation") filed by the Special Master, A. Cotten Wright, (Doc. No. 25), to which the parties have not objected.

Title 18, United States Code, Section 3771(a)(2) provides that crime victims have the right to reasonable, accurate, and timely notice of court proceedings. Where a court finds that the number of crime victims makes it impracticable to accord all the rights detailed in the statute, reasonable procedures may be fashioned to give effect to the chapter. 18 U.S.C. § 3771(d)(2). Here, the Court finds that the number of alleged victims triggers the need for the procedures set out in the Recommendation, which will not unduly complicate or prolong the proceedings in this matter.

**IT IS, THEREFORE, ORDERED** that the Recommendation as to Victim Notice Procedures, (Doc. No. 25), is **APPROVED**, and the Special Master is authorized to comply with 18 U.S.C. § 3771 by giving notice to potential victims in this case by:

(1)    Publishing information about this case, the rights afforded to victims under the Crime Victims' Rights Act, and notice of public court proceedings, to be updated within a reasonable period of any new proceeding scheduled, on the Receivership's website located at https://dcgreceivership.wordpress.com/; and

(2)      Disseminating notice of public court proceedings as well as updates of the same through emails from DCGReceiver email account, DCGReceiver@grierlaw.com.

Signed: June 1, 2017

_____

Robert J. Conrad, Jr.
United States District Judge