IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00312-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD WYATT DAVIS JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Special Master's motion, (Doc. No. 53) to file victims' letters under seal.

For the reasons stated in the motion, the Court finds the Special Master has established a compelling interest to seal the victims' letters. In re Time, Inc., et al., 182 F.3d 270, 271-272 (4th Cir. 1999).

**IT IS, THEREFORE, ORDERED** that, pursuant to L. Cv. R. 6.1 and L. Cr. R. 32.5(d) and 49.1.1, the Special Master's motion, (Doc. No. 53), is **GRANTED**, and the forthcoming victims' letters may be filed under seal with access to only the defendant, the government, and the Special Master pending further order of the Court.

Signed: June 19, 2018

_____
Robert J. Conrad, Jr.
United States District Judge