IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00312-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD WYATT DAVIS JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Special Master's motion, (Doc. No. 75), for leave to file a spread sheet of victim claims under seal.

For the reasons stated in the motion, the Court finds the Special Master has established a compelling interest to seal the spread sheet of victim claims. In re Time, Inc., et al., 182 F.3d 270, 271-272 (4th Cir. 1999).

**IT IS, THEREFORE, ORDERED** that, pursuant to L. Cv. R. 6.1 and L. Cr. R. 32.5(d) and 49.1.1 the Special Master's motion, (Doc. No. 75), is **GRANTED**, and the spread sheet of victim claims may be filed **UNDER SEAL** with access to only the defendant, the government, and the Special Master pending further order of the Court.

Signed: October 30, 2018

Robert J. Conrad, Jr.
United States District Judge