IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00312-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD WYATT DAVIS JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Special Master's Fourth Amended Report and Recommendation as to Restitution, (Doc. No. 78), to which the parties have not objected.

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 65: Judgment at 5). The Special Master has now timely proposed a list of victims and losses, supported by a preponderance of the evidence, that constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. (Doc. No. 79: Exhibit A, Claims Spreadsheet).

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the Special Master's report, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case, (Doc. No. 65), shall be amended to include a final restitution figure of $9,612,525.69 in the amounts listed in the Net Claim column of the Claims Spreadsheet, (Doc. No. 79: Exhibit A). All other terms of the original Judgment (Doc. No. 26) remain unchanged.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: November 14, 2018

Robert J. Conrad, Jr.
United States District Judge