IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:16-CR-312 |
| | ) | |
| vs. | ) | **ORDER RELIEVING SPECIAL** |
| | ) | **MASTER OF DUTIES** |
| | ) | |
| RICHARD WYATT DAVIS JR. | ) | |

**THIS MATTER** is before the Court on the unopposed motion of the United States for an order relieving the Special Master in this case of her duties and directing the Clerk of Court to handle receipt and disbursement of restitution payments going forward. (Doc. No. 102).

For the reasons stated in the motion, and for good cause found, the motion is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that A. Cotten Wright, having discharged her duties as Special Master in this case, is relieved of any additional duties regarding restitution.

**IT IS FURTHER ORDERED** that the Clerk of Court shall receive and disburse further restitution payments in this case.

Signed: March 31, 2023

Robert J. Conrad, Jr.
United States District Judge